# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DIANA GOROKHOVSKY** and **BORIS SHKOLNIK,**
Appellants,

v.

**DOREEN DESILVA** and **JOSEPH DESILVA,**
Appellees.

No. 4D21-169

[January 5, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 50-2017-CA-012993-XXXX-MB.

Pavel Kogan of The Kogan Law Firm, P.A., Fort Lauderdale, for appellants.

Loretta Bangor of the Law Office of Loretta Bangor, Lake Worth, for appellees.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

CONNER, C.J., WARNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***